EDWIN C. FITHIAN v. ANNA M. WEIDENBORNER.

May 20, 1898.

Nos. 11,201—(218).

**Work and Labor—Findings Sustained.**
Findings of fact *held* to be justified by the evidence.

Appeal by defendant from an order of the district court for Hen-

nepin county, Tarbox, J., denying. a motion for a new trial. Affirmed.

*John E. Tappan,* for appellant.

*Walter C. Tiffany,* for respondent.

PER CURIAM.

Action brought to recover a balance claimed to be due on account of work and labor performed by plaintiff, as a clerk, for defendant, at her request. The trial was by the court without a jury, and its conclusion of law, upon the facts found, was that plaintiff was entitled to judgment for $127.97, with interest. There may have been an error of about $7 in plaintiff's favor in the computation made by the court, but otherwise the findings were justified by the evidence.

No effort was made below to correct this error, and the order denying a new trial stands affirmed.